# Third District Court of Appeal

## State of Florida

Opinion filed June 1, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0306
Lower Tribunal No. 09-67341
_____

**U.S. Bank National Association, etc.,**
Appellant,

vs.

**Fernando V. Rivabem, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Abby Cynamon, Judge.

Spencer Fane LLP, and S. Douglas Knox and J. Kirby McDonough (Tampa), for appellant.

The Billbrough Firm, P.A., and G. Bart Billbrough, for appellees.

Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.